JS-6

Matthew C. Wolf (SBN 223051)
Lauren K. VanDenburg (SBN 299957)
Robert Cho (SBN 333396)
TURNER HENNINGSEN WOLF &
VANDENBURG, LLP
707 Wilshire Boulevard, Suite 3700
Los Angeles, CA 90017
Tel: 323-653-3900
Fax: 323-653-3021
mwolf@thwvlaw.com;
lvandenburg@thwvlaw.com
rcho@thwvlaw.com

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| YEZENIA ELIZABETH SOSA, an individual; and FRANCISCO RODRIGUEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-134-SP<br><br>ORDER TO REMAND ACTION TO STATE COURT<br><br>Orig. Compl.:      10/29/24<br>Orig. Resp. Pldg.:  12/12/24 |

1     Having considered the request to remand the action back to state court, and
2 finding that both parties have stipulated to do so (docket no. 20), the court hereby
3 remands the action to the Superior Court for Riverside County.
4     All motion in this case that are pending in this court are denied without
5 prejudice as moot, and all pending deadlines and hearing are vacated, including the
6 hearing that was set for September 23, 2025.

8   Dated:    September 17, 2025

                                                                **Honorable Sheri Pym**
                                                                  **Magistrate Judge**